**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 23, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00669-CR**

---

**NELSON RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1573790**

---

## MEMORANDUM OPINION

Appellant Nelson Ramirez has signed and filed a written request to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate

of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)